**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No. 12-62017-CIV-GRAHAM/GOODMAN

CARLOS ARANGO, on his own behalf
and others similarly situated,

    Plaintiffs,

vs.

AL SALAM MEDITERRANEAN
RESTAURANT, INC., a Florida
corporation, MAHER ALMASSRI,
individually,

    Defendants.
_____/

## ORDER OF REFERENCE OF MOTIONS

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **Goodman** to take all necessary and proper action as required by law:

1. Motions for Costs;

2. Motions for Attorney's Fees; and

3. Motions for Sanctions.

**DONE AND ORDERED** at Miami, Florida, this 14th day of December, 2012.

                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Goodman
     All Counsel of Record